IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PAUL M. WEBB, et al.,                               :

        Plaintiffs,                              :

    vs.                                                    Case No.  3:04cv190
                                                                  :
GREENE COUNTY SHERIFF'S OFFICE,        JUDGE WALTER HERBERT RICE
et al.,                                             :

        Defendants.

---

DECISION AND ENTRY CONCLUDING THAT GREENE COUNTY DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AS TO ALL CLAIMS OF ALL PLAINTIFFS (DOC. #20) TO HAVE BEEN SUPERSEDED, AND OVERRULING SAME AS MOOT

---

On December 29, 2004, the Greene County Defendants filed a Motion for Judgment on the Pleadings as to all claims of all Plaintiffs (Doc. #20).  Said motion was directed to the Plaintiffs' initial Complaint.  Plaintiffs have now filed an Amended Complaint, to which the Greene County Defendants have renewed their Motion for Judgment on the Pleadings (Doc. #64), said renewed Motion directed to the Plaintiffs' Amended Complaint.  In addition, the Greene County Defendants have filed a Motion for Summary Judgment as to all claims (Doc. #63).

Accordingly, due to the filing of the Greene County Defendants' Second/Renewed Motion for Judgment on the Pleadings (Doc. #64) and their

Motion for Summary Judgment (Doc. #63), this Court deems their initial Motion for Judgment on the Pleadings, directed to the Plaintiff's initial Complaint (Doc. #20), to have been superseded. Accordingly, said initial Motion for Judgment on the Pleadings (Doc. #20), is overruled as moot.

|  |  |
|---|---|
| September 27, 2005 | /s/ Walter Herbert Rice |
|  | WALTER HERBERT RICE |
|  | UNITED STATES DISTRICT JUDGE |

Copies to:

All Counsel of Record

WHR/slc